# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1440** | **September Term, 2015** |
| | FCC-80FR61129 |
| | FCC-15-72 |

Filed On: December 11, 2015 [1588108]

Professional Association for Customer Engagement, Inc.,

    Petitioner

    v.

Federal Communications Commission and United States of America,

    Respondents

------------------------------

Consolidated with 15-1211

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Mayra L. Gallo
            Deputy Clerk